No. 97–8840. ROBERTS v. BATTELLE MEMORIAL INSTITUTE, *ante,* p. 957;

No. 97–8846. PIZZO v. LOUISIANA, *ante,* p. 919;

No. 97–8864. IN RE BETKA, *ante,* p. 950;

No. 97–8907. DELOACH v. GENERAL DYNAMICS CORP., *ante,* p. 919;

No. 97–9033. VALDES v. UNITED STATES, *ante,* p. 923;

No. 97–9182. BIERI v. UNITED STATES, *ante,* p. 959; and

No. 97–9237. IN RE IJEMBA, *ante,* p. 950. Petitions for rehearing denied.

No. 97–679. AMERICAN TELEPHONE & TELEGRAPH CO. v. CENTRAL OFFICE TELEPHONE, INC., *ante,* p. 214. Petition for rehearing denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 97–1770. YEN v. NATIONAL LABOR RELATIONS BOARD ET AL., 523 U. S. 1139. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

No. 97–8287. CEMINCHUK v. COHEN, SECRETARY OF DEFENSE, ET AL., 523 U. S. 1099; and

No. 97–8434. DEYOUNG v. GEORGIA, 523 U. S. 1141. Motions for leave to file petitions for rehearing denied.

AUGUST 13, 1998

No. D–1948. IN RE DISBARMENT OF PERLMAN. Disbarment entered. [For earlier order herein, see 523 U. S. 1104.]

No. D–1963. IN RE DISBARMENT OF MARSHALL. Disbarment entered. [For earlier order herein, see *ante,* p. 924.]

No. D–1964. IN RE DISBARMENT OF GREEN. Disbarment entered. [For earlier order herein, see *ante,* p. 924.]

No. D–1967. IN RE DISBARMENT OF PAHL. Disbarment entered. [For earlier order herein, see *ante,* p. 935.]

No. D–1969. IN RE DISBARMENT OF BARKIN. Disbarment entered. [For earlier order herein, see *ante,* p. 935.]

No. D–1980. IN RE DISBARMENT OF FOLEY. Thomas M. Foley, of Honolulu, Haw., having requested to resign as a member